UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20616-CIV-MORENO

MSP RECOVERY, LLC,

    Plaintiff,

vs.

PROGRESSIVE SELECT INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS

THIS CAUSE came before the Court upon the Defendant's Motion to Dismiss **(D.E. No. 4)**, filed on **February 20, 2015**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in view of the Amended Complaint being filed. Defendant shall file a response to the Amended Complaint by **March 12, 2015**.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of March, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record